

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-11-00749-CR

Daniel Maurice **SMALLWOOD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B10-711
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. Appellant Daniel Maurice Smallwood's Motion for Rehearing is DENIED and his Motion for En Banc Reconsideration is DENIED AS MOOT.

SIGNED August 28, 2013.

_____
Patricia O. Alvarez, Justice